No. 431.   FELDMAN ET AL. *v.* UNITED STATES.   On petition for writ of certiorari to the Circuit Court of Appeals

for the Seventh Circuit. October 15, 1945. Dismissed pursuant to stipulation of counsel. *Mr. Arthur Abraham* for petitioners. *Acting Solicitor General Judson* for the United States.